No. 279. SHOEMAKER, TRUSTEE, v. NEWMAN ET AL., TRUSTEES. October 9, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Stanton C. Peelle, Walter B. Guy,* and *Ralph D. Quinter* for petitioner. *Messrs. Wilton J. Lambert, John Spalding Flannery, R. H. Yeatman,* and *George D. Horning, Jr.,* for respondents.

No. 281. MISSOURI PACIFIC R. CORP. v. NEBRASKA STATE RY. COMM'N ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. E. J. White* and *J. A. C. Kennedy* for petitioner. *Mr. Paul F. Good* for respondents.

No. 282. BURNET, COMMISSIONER OF INTERNAL REVENUE, v. PRINGLE; and

No. 283. SAME v. BRUNSON. October 9, 1933. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Biggs* for petitioner. *Messrs. Ward Loveless* and *Joseph D. Peeler* for respondents.

No. 284. MORAN TOWING & TRANSPORTATION Co., INC. v. ROBINS DRY DOCK & REPAIR Co. ET AL. October 9, 1933. Petition for writ of certiorari to the Court of Appeals of New York denied. *Messrs. Hor. ₂ L. Cheyney* and *James M. Gorman* for petitioner. *Messrs. E. Curtis Rouse, Harold Harper,* and *Homer L. Loomis* for respondents.